1

Cora C. WILKENING, Plaintiff in Error, v. Gladys Mary MOORE, Defendant in Error. (Circuit Court of Appeals, Second Circuit. November 3, 1924.) No. 44. In Error to the District Court of the United States for the Southern District of New York. Diamond, Abrahams & Strauss, of New York City (Joseph L. Greenberg, of New York City, of counsel), for plaintiff in error. O'Brien, Malevinsky & Driscoll, of New York City (Dennis F. O'Brien, M. L. Malevinsky, and Joseph Walker Magrauth, all of New York City, of counsel), for defendant in error. Before ROGERS and MANTON, Circuit Judges, and LEARNED HAND, District Judge.

PER CURIAM. Judgment affirmed.

2

H. L. WILLIFORD, Receiver, et al., Petitioners, v. Willis B. CAUBLE et al. (Circuit Court of Appeals, Eighth Circuit. September 15, 1924.) No. 257 Orig. Petition to Revise Order of the District Court of the United States for the Western District of Arkansas. Joe K. Mahony, of El Dorado, Ark., W. T. Saye and J. N. Saye, both of Little Rock, Ark., and Jeff Davis, of El Dorado, Ark., for petitioners. J. M. Foster, F. J. Looney, W. A. Wilkinson, and M. K. Smith, all of Shreveport, La., Will Steel, of Texarkana, Ark., H. S. Powell, H. P. Smead, and R. C. Knox, all of El Dorado, Ark., and A. D. Keeney, of Shreveport, La., for respondents.

PER CURIAM. Petition to revise dismissed, at costs of petitioners, etc., per stipulation of parties.

3

THURMAN WILSEY, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit, May 5, 1924.) No. 6675. In Error to the District Court of the United States for the District of Wyoming. C. L. Rigdon, of Cheyenne, Wyo., for plaintiff in error. Albert D. Walton, U. S. Atty., of Cheyenne, Wyo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.

4

YOUNG CHOW, Appellant, v. Howard D. EBEY, Immigration Inspector in Charge at Chicago, Appellee. (Circuit Court of Appeals, Seventh Circuit. October 16, 1924. Rehearing Denied Dec. 12, 1924.) No. 3443. Appeal from the District Court of the United States for the Eastern Division of the Northern District of Illinois. Frank T. Milchrist, of Chicago, Ill., for appellant. James A. O'Callaghan, of Chicago, Ill., for appellee. Before EVANS and PAGE, Circuit Judges, and GEIGER, District Judge.

PER CURIAM. The Second Assistant Secretary of Labor ordered the deportation of appellant, who now challenges the authority of an Assistant Secretary to make the order. It is customary for the Second Assistant Secretary of Labor to hear and dispose of Chinese deportation cases, and his action in ordering deportation has been sanctioned by various district courts. We agree with the conclusion of Judge Hand, expressed in United States ex rel. Chin Fook Wah v. Dunton (D. C.) 288 F. 959. See, also, Parish v. United States, 100 U. S. 504, 25 L. Ed. 763; M'Collum v. United States. 17 Ct. Cl. 100; Norris v. United States, 257 U. S. 77, 42 S. Ct. 9, 66 L. Ed. 136. The order is affirmed.